No. 01–7052. McDermott v. Internal Revenue Service et al. C. A. 8th Cir. Certiorari denied.

No. 01–7054. Abdelmessih v. Zaklama et al. C. A. 3d Cir. Certiorari denied.

No. 01–7082. Dassent v. Ashcroft, Attorney General, et al. C. A. 11th Cir. Certiorari denied.

No. 01–7113. Walls v. United States. C. A. 4th Cir. Certiorari denied.

No. 01–7120. Agent v. United States;
No. 01–7139. Alexander v. United States; and
No. 01–7356. Pete v. United States. C. A. 11th Cir. Certiorari denied. Reported below: 264 F. 3d 1144.

No. 01–7135. Burton v. United States. C. A. 5th Cir. Certiorari denied.

No. 01–7173. Fritts v. United States. C. A. 9th Cir. Certiorari denied.

No. 01–7175. Sotelo-Gonzalez v. United States. C. A. 5th Cir. Certiorari denied.

No. 01–7201. Fuentes-Zuniga v. United States; Roman-Carillo v. United States; and Rivera-Padilla v. United States. C. A. 9th Cir. Certiorari denied. Reported below: 17 Fed. Appx. 705 (first judgment); 19 Fed. Appx. 615 (second judgment); 19 Fed. Appx. 530 (third judgment).

No. 01–7208. Ramiro v. United States. C. A. 11th Cir. Certiorari denied.

No. 01–7252. Kobi v. Leonard, Warden. C. A. 6th Cir. Certiorari denied.

No. 01–7260. Barraza-Soto v. United States. C. A. 5th Cir. Certiorari denied.

No. 01–7262. Davis v. United States. C. A. 10th Cir. Certiorari denied.

No. 01–7263. Davis v. United States. C. A. 9th Cir. Certiorari denied.